UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Class Action

Patrick Ponzo (Pro-se)
Inmates Jefferson County

Plaintiff(s),

v.

County of Jefferson

Defendant(s).

**COMPLAINT**
(Pro Se Prisoner)

Case No. 5:19-cv-1013 (LEK/TWD)
(Assigned by Clerk's
Office upon filing)

**Jury Demand**
☒ Yes
☐ No

U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

AUG 16 2019

AT _____ O'CLOCK
John M. Domurad, Clerk - Syracuse

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

## I.    LEGAL BASIS FOR COMPLAINT

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☐ Other (please specify) _____

II.    PLAINTIFF(S) INFORMATION

Name:    Patrick Ponzo / Inmates of Jefferson County

Prisoner ID #:    140371

Place of detention:    Jefferson County Jail

Address:    753 Waterman drive

Watertown, New York 13601

Indicate your confinement status when the alleged wrongdoing occurred:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

_____

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

III.    DEFENDANT(S) INFORMATION

Defendant No. 1:    County of Jefferson
Name (Last, First)

Board of Supervisors
Job Title

195 Arsenal st.
Work Address

Watertown                    NY                    13601
City                    State                    Zip Code

Defendant No. 2:    _____
Name (Last, First)

_____
Job Title

2

Work Address

_____
City                    State              Zip Code

Defendant No. 3: _____
                 Name (Last, First)

_____
Job Title

_____
Work Address

_____
City                    State              Zip Code

Defendant No. 4: _____
                 Name (Last, First)

_____
Job Title

_____
Work Address

_____
City                    State              Zip Code

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

IV.    STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

3

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

On several occasions I had face to face communications with my lawyer (Mr. John W. Hallett) and voiced how I wanted to be present at my Court conferences, and he (Mr. John W. Hallett) told me the judge only transports people to Court for plea deals. So far to my knowledge i've missed A June 25th Court Conference, A July 25th motion date, and a August 1th court Conference. I've spoken to multiple people in my housing unit whom are currently going thru the same issue. Most of the time people dont know of such dates till after they've passed and its very depressing to be stuck in housing for months without going to Court and not knowing whats going on with your case. Mr. Hallett told me how defendants in jail haven't been transported for Conferences in 20 years. (According to Judge Martusewicz) Jefferson County holds one of the highest conviction rates in N.Y. state and a large part to play is defendants incarcerated are not transported to Court dates. The County also intentionally holds back discovery materials from defendants further robbing defendants (inmates) of their confidence of a proper defense both coupled together depriving inmates of their Constitutional rights. Both allegations can be proven and verified. The Courts, The Prosecutors office, and the Public defenders office works together in these deprivations.

## V.    STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

### FIRST CLAIM

denial of due process

Jefferson County Courts, Jefferson County Public defenders office, Jefferson County District Attorneys Office

### SECOND CLAIM

Conspiring to interfere with Civil Rights

Jefferson County Courts, Jefferson County Public defenders Office, Jefferson County District Attorneys Office

### THIRD CLAIM

## VI.    RELIEF REQUESTED

State briefly what relief you are seeking in this case.

Monetary damages $30,000,000.00

Injunctive relief: transport inmates to all pre-trial Conferences at Court

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____                     _____

Plaintiff's signature
(All plaintiffs must sign the complaint)

(revised 10/2/16)

5

Case 5:19-cv-01013-LEK-TWD   Document 1   Filed 08/16/19   Page 6 of 7

Baron Person
TCCF
3 waterman drive
Watertown, New York 13601

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

AUG 1 6 2019

RECEIVED

James M. Hanley Federal Building
P. O. Box 7367
100 S. Clinton St.
Syracuse, New York 13261-7367





1000        13261

POSTAGE PAID
SARATOGA SPRINGS, NY
13
$0.00
005K141977-23